1    DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2    Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
3    801 I Street, 3rd Floor
Sacramento, California  95814
4    Telephone (916) 498-5700

5    Attorney for Defendant
KATRINA BURTON

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    UNITED STATES OF AMERICA,   )
                         )   Cr.S. 07-299-GEB
              Plaintiff,  )
13                        )   **STIPULATION AND ORDER**
          v.          )
14                        )   DATE: September 28, 2007
   KATRINA BURTON,         )
15                        )   TIME: 9:00 a.m.
           Defendant.  )
16                        )   JUDGE: Hon. Garland E. Burrell
17    _____)

18

19        It is hereby stipulated and agreed to between the United States of

20 America through SEAN FLYNN, Assistant U.S. Attorney, and defendant,

21 KATRINA BURTON, by and though her counsel, DENNIS S. WAKS, Supervising

22 Assistant Federal Defender, that the status conference set for Friday,

23 August 31, 2007 be continued to Friday, September 28, 2007 at 9:00 a.m.

24        This continuance is being requested because defense counsel needs

25 additional time to prepare, to review discovery, and to interview

26 witnesses.

27        Speedy trial time is to be excluded from the date of this order

28 through the date of the status conference set for September 28, 2007

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

2  prepare] (Local Code T4).

3       DATED: August 23, 2007

4

5                              Respectfully submitted,
                               DANIEL J. BRODERICK
6                              Federal Defender

7                              /S/ Dennis S. Waks

8                              DENNIS S. WAKS
                               Supervising Assistant Federal Defender
9                              Attorney for Defendant
                               KATRINA BURTON
10

11
        DATED: August 23, 2007
12
                               McGREGOR W. SCOTT
13                             United States Attorney

14
                               /s/ Dennis S. Waks for Sean Flynn
15
                               SEAN FLYNN
16                             Assistant U.S. Attorney

17

18

19  _____O R D E R

20
           IT IS SO ORDERED.
21

22  Dated:  August 30, 2007

23

24  _____
    GARLAND E. BURRELL, JR.
25  United States District Judge

26

27

28

**2**