DANIEL J. BRODERICK, Bar# 89424
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
KATRINA BURTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   Cr.S. 07-299-GEB
            Plaintiff,      )
                            )   **STIPULATION AND ORDER**
        v.                  )
                            )   DATE: November 30, 2007
KATRINA BURTON,             )
                            )   TIME: 9:00 a.m.
            Defendant.      )
                            )   JUDGE: Hon. Garland E. Burrell
_____)

     It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, KATRINA BURTON, by and though her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference/change of plea set for Friday, September 28, 2007 be continued to Friday, November 30, 2007 at 9:00 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. The Federal Defenders office was appointed to represent Ms. Burton on August 9, 2007.

     Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference/change of plea set for
2  November 30, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
3  [reasonable time to prepare] (Local Code T4).
4       DATED: September 26, 2007

                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Dennis S. Waks
                                    _____
                                    DENNIS S. WAKS
                                    Supervising Assistant Federal Defender
                                    Attorney for Defendant
                                    KATRINA BURTON


       DATED: September 26, 2007

                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Dennis S. Waks for Sean Flynn
                                    _____
                                    SEAN FLYNN
                                    Assistant U.S. Attorney



       _____

                        O R D E R

       IT IS SO ORDERED.

September 28, 2007

                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

2